IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ASHLEY FARMER,                      )
                                    )
    Plaintiff,                      )
                                    )   CIVIL ACTION NO.
    v.                              )    2:03cv854-MHT
                                    )        (WO)
ALABAMA DEPARTMENT OF               )
YOUTH SERVICES, et al.,             )
                                    )
    Defendants.                     )

## JUDGMENT

It is the ORDER, JUDGMENT and DECREE of the court as follows:

(1) The joint motion for dismissal (Doc. No. 118) is granted.

(2) This lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs and attorneys fees.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 24th day of April, 2007.**

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**